A. F. SHARPLEIGH HARDWARE CO. v. PRITCHARD *et al.*

No. 379.    Opinion Filed March 8, 1910.

(108 Pac. 360.)

**APPEAL ‚ AND  ERROR—Failure  to  File  Brief—Reversal.** Where
plaintiff in error has completed his record and filed it in this
court, and has served and filed a brief in compliance with the
rules of the court, and the defendant in error has neither filed a
brief nor offered any excuse for such failure, this court is not
required to search the record to find some theory upon which
the judgment below may be sustained; but where the brief filed
appears reasonably to sustain the assignments of error, the
court may reverse the case in accordance with the prayer of
the petition of plaintiff in error.

(Syllabus by the Court.)

*Error from District Court, Pittsburg County; Preslie B. Cole,
Judge.*

Action between the A. F. Sharpleigh Hardware Company and
George K. Pritchard and another. From the judgment, the Hard-
ware Company brings error. Reversed and remanded.

*A. C. Markley,* for plaintiff in error.

DUNN, C. J.   This case presents error from the district court
of Pittsburg county.   Plaintiff in error filed its petition in error,
with case-made attached, September 4, 1908, praying for a new
trial.   October 5, 1908, he filed in the office of the clerk of this
court an abstract of the case and a brief in support of his petition
in error.   This brief shows service on counsel for defendants in
error on October 3, 1908.   More than a year has elapsed since this
was done, yet counsel for defendant in error has filed no answer
brief.   An examination of plaintiff in error's brief shows that it
reasonably sustains the assignments of error, and we will not search
the record to find some theory upon which the judgment may be
sustained.   The increasing work of this court is such that in jus-
tice to diligent litigants we cannot brief cases for those who ignore
and neglect it.

Hence, on the authority of the cases of *Ellis et al. v. Outler et*

al., ante, p. 469, 106 Pac. 957, *Butler et al. v. McSpadden, ante,* p. 465, 107 Pac. 170, and *Buckner v. Oklahoma National Bank of Shawnee et al., ante,* p. 472, 106 Pac. 959, all recently decided, the cause is reversed and remanded to the district court of Pittsburg county, with instructions to set aside the judgment heretofore entered and grant plaintiff in error a new trial.

Hayes, Kane, and Turner, JJ., concur; Williams, J. dissents